$255 pd.

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT    2005 JAN 13   A 10: 47
HARTFORD DIVISION

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| In re: | x |
| | : |
| PUBLISHERS CONSORTIUM, INC. | : |
| Debtor | : |
| | x |
| COMMON COURAGE PRESS, ET AL. | : |
| Plaintiffs/Appellants, | : |
| V. | : |
| | : |
| PUBLISHERS CONSORTIUM, INC., | : |
| ET AL. | : |
| Defendants/Appellees | : |
| | x |

CIVIL NO.     3:03-CV-00024 (AVC)

January 11, 2005

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), notice is hereby given that Bank One, N.A., as successor-in-interest by merger with American National Bank & Trust Company of Chicago (Defendant/Appellee) in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on December 16, 2004. A copy of the Judgment is attached hereto.

Dated: New Haven, Connecticut
       January 11, 2005

BANK ONE, N.A., as successor-in-interest by
merger with AMERICAN NATIONAL BANK &
TRUST COMPANY OF CHICAGO

By: _____
Douglas S. Skalka (CT 00616)
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No.: (203) 821-2000
Facsimile No.: (203) 821-2009

*Of Counsel*:

Kenneth M. Lodge
Thomas J. Cunningham
Lord Bissell & Brook
115 South LaSalle Street
Chicago, Illinois 60603
Telephone No.: (312) 443-1731
Facsimile No.: (312) 896-6731

UNITED STATES DISTRICT COURT    **FILED**

DISTRICT OF CONNECTICUT    2004 DEC 16  P 12: 26

IN RE:

PUBLISHERS CONSORTIUM, INC.,
  Debtor

AMERICAN NATIONAL BANK &                    CIVIL NO. 3:03CV00002(AVC)
TRUST COMPANY OF CHICAGO,                              3:03CV00003(AVC)
  Plaintiff/Appellee                                  3:03CV00020(AVC)
                                                      3:03CV00021(AVC)
v.                                                    3:03CV00023(AVC)
                                                      3:03CV00024(AVC)
COMMON COURAGE PRESS, INC.,
NATIONAL JOURNAL, ARSENAL              BKR. No.  02-31588(ASD)
PULP PRESS, BLACK BOOKS, CHILD
MANAGEMENT, INC., COMIC ONE            Adv.Proc. 02-03048
CORPORATION, DARK HORSE
COMICS, INC., IMAGE COMICS, INC.,
ODONIAN PRESS/GOLDSTEIN & BLAIR,
LLC, TERRACE PUBLISHING, And
McBOOKS, INC.
        Defendants/Appellants

## JUDGMENT

This action having come before the Honorable Alfred V. Covello, United

States District Judge, on an appeal of a November 27, 2002 judgment of the

United States Bankruptcy Court; and

The court having considered the full record of this case and the applicable

principles of law, on December 9, 2004 filed its Memorandum and Order Vacating

Judgment of Bankruptcy Court, reversing the order of the bankruptcy court

confirming the debtor, Publishers Consortium Inc.'s plan of reorganization under

Chapter 11 of the United States Bankruptcy Code; and further

Vacating the judgment in favor of American National Bank and Trust Company of Chicago in adversary proceeding no. 02-03048 and remanding the case to the bankruptcy court for further proceedings; it is hereby

ORDERED, ADJUDGED and DECREED, that judgment be and is hereby entered reversing the order of the bankruptcy court confirming the debtor, Publishers Consortium Inc.'s plan of reorganization under Chapter 11 of the United States Bankruptcy Code; and further

ORDERED, ADJUDGED and DECREED, that judgment be and is hereby entered vacating the judgment in favor of American National Bank and Trust Company of Chicago in adversary proceeding no. 02-03048 and remanding the case to the bankruptcy court for further proceedings.

Dated at Hartford, Connecticut this 16th day of December, 2004.

KEVIN F. ROWE, Clerk

By: _Jo-Ann Walker_

Jo-Ann Walker
Deputy Clerk

EOD: _12/17/04_

2

00 14    45703-424-9017

## CERTIFICATION

This is to certify that a copy of the foregoing was sent on January 11, 2005, via U.S. mail, postage prepaid, to the following parties of record:

Steven Mackey
Office of the United States Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510

James Berman
Louis J. Testa
Zeisler and Zeisler
558 Clinton Ave.
Bridgeport, CT 06605
        Counsel for Debtor

Eric A. Henzy
Reide & Riege
One State Street
Hartford, CT 06103
        Counsel for Official Committee of Unsecured Creditors

Barbara H. Katz
Law Offices of Barbara H. Katz
57 Trumbull St.
New Haven, CT 06510-1004
        Counsel to McBooks Press, Inc.

Edward Y. Crossmore
115 W. Green Street
Ithaca, NY 14850
        Counsel to McBooks Press, Inc.

Dean W. Baker
205 Church St.
New Haven, CT 06510
        Counsel for Client Distribution Services, Inc.

Tracy Alan Saxe
Edwin L. Doernberger
Saxe Doernberger & Vita
1952 Whitney Avenue
Hamden, CT 06517
     Counsel to Common Courage Press, Child Mgmt, Inc., Comics One Corp., Dark Horse
     Comics, Inc., Image Comics, Inc., Odonian Press, Terrace Publishing, Black Books,
     Arsenal Pulp Press and National Journal

Myles H. Alderman, Jr.
Alderman & Alderman
100 Pearl St.
14th Floor
Hartford, CT 06103
     Counsel to Park Ave California and Park Ave Oklahoma

Christopher J. Major
Robinson & Cole
Financial Centre, 695 E. Main St.
PO Box 10305
Stamford, CT 06904-2305
     Counsel for Kogan Page, Ltd

BY: _____
     James A. Lenes (CT 10408)