# DISTRICT OF CONNECTICUT - HARTFORD
## NOTICE OF APPEAL COVER MEMO

DATE: __January 18, 2005__     TO:   Intake Clerk

FROM:  Bonnie P. D'Onofrio 860-240-3205

**CASE TITLE:**     In re Publishers Consortium Inc

**DOCKET NO.:**    3:03cv24(AVC)

**NOTICE OF APPEAL:**    filed: __January 13, 2005__

**APPEAL FROM:**    final judgment: ✓

interlocutory: __

other: __

**DOCKET SHEET:**    Attorney, updated address & phone number for <u>each</u> party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**    Paid __✓__    Due _____    N/A _____

IFP revoked _____    Application Attached _____

IFP pending before district judge ____

**COUNSEL:**    CJA _____    Retained __✓__    Pro Se _____

**TIME STATUS:**    Timely __✓__    Out of Time _____

**MOTION FOR
EXTENSION OF TIME:** Granted _____    Denied _____

**COA:**    Granted _____    Denied _____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Hooder_     DATE: _01/24/05_
DEPUTY CLERK, USCA

USCA No. _____.